IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE:   RICHARD EICHERT HARDISON & MARY HARDISON

Debtors.

RICHARD EICHERT HARDISON,

Appellant,

v.                                          CIVIL ACTION NO.   2:14-cv-23820

HELEN M. MORRIS, et al.,

Appellees.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that the decision of the Bankruptcy Court for the Southern District of West Virginia is **REVERSED** and **REMANDED**. Accordingly, the court **ORDERS** this case **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTER:    September 1, 2017



JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE